# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SAADIA SQUARE LLC, | § | |
| | § | |
| Plaintiff Below, | § | No. 396, 2021 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
| SM LOGISTICS MEMBER LLC, | § | |
| | § | |
| Defendant Below, | § | C.A. No. 2021-0931 |
| Appellee, | § | |
| | § | |
| and | § | |
| | § | |
| SM LOGISTICS HOLDCO LLC, | § | |
| | § | |
| Nominal Defendant Below, | § | |
| Appellee. | § | |

Submitted: February 23, 2022
Decided: March 8, 2022

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices, constituting the Court *en Banc*.

## **ORDER**

This 8th day of March 2022, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the court's transcript ruling dated December 10, 2021.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice